UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ANTHONY HARRIS,<br><br>   Petitioner,<br><br>   v.<br><br>WILLIAM MUNIZ,<br><br>   Respondent. | No. 2:16-cv-01482 MCE GGH<br><br><br><br>ORDER |

Petitioner filed his petition for habeas corpus on June 29, 2016, ECF No. 2. On July 25, 2016 petitioner filed an Application for IFP status, ECF No. 4, upon which the court took no action insofar as the filing fee had been paid. On October 24, 2016 petition filed a second Application for IFP status. In light of these facts, the court finds the two Applications to be moot and will deny them on that basis.

In light of the foregoing facts, Petitioner's Applications for IFP Status, ECF Nos. 4 and 13, are DENIED as moot.

**IT IS SO ORDERED.**

Dated: October 31, 2016

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE